# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-3782
_____

United States of America

*Plaintiff - Appellee*

v.

Dairron Robinson

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: July 10, 2024
Filed: July 15, 2024
[Unpublished]
_____

Before SMITH, SHEPHERD, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Dairron Robinson appeals the sentence the district court[1] imposed after he pled guilty to being a felon in possession of a firearm. His counsel has moved to withdraw

_____

[1]The Honorable Matthew T. Schelp, United States District Judge for the Eastern District of Missouri.

and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the reasonableness of the sentence.

Upon careful review, we conclude the district court did not impose a substantively unreasonable sentence, as the court properly considered the factors listed in 18 U.S.C. § 3553(a), and did not err in weighing the relevant factors. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (substantive reasonableness of sentence reviewed for abuse of discretion; abuse of discretion occurs when court fails to consider relevant factor, gives significant weight to improper or irrelevant factor, or commits clear error of judgment in weighing appropriate factors); <u>see also</u> <u>United States v. McCauley</u>, 715 F.3d 1119, 1127 (8th Cir. 2013) (noting that it is "nearly inconceivable" that district court abused its discretion in not varying further when it varied below Guidelines range).

We have reviewed the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal. Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

_____